# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

* * *

| | |
|---|---|
| DARION REDEKOP, | Case No. 2:25-cv-2021-RFB-NJK |
| Plaintiff, | **ORDER** |
| v. | |
| JEREMY BEAN, *et al.*, | |
| Defendants. | |

On October 20, 2025, *pro se* Plaintiff Darion Redekop filed a first amended complaint and proposed summons labeled for Case No. 2:25-cv-180-CDS-MDC. ECF Nos. 1-1, 1-2. When the Clerk's Office received these documents, it inadvertently opened a new case instead of filing them in Redekop's preexisting case. Redekop then filed a motion pointing out the error and asking the Court to proceed in his preexisting case. ECF No. 3.

Redekop's motion is granted. This case will be administratively closed, and the documents that initiated this case will be filed in 2:25-cv-180-CDS-MDC. All further documents related to this case should be filed only in 2:25-cv-180-CDS-MDC.

Therefore, **IT IS HEREBY ORDERED** that Redekop's motion (ECF No. 3) is **GRANTED**.

**IT IS FURTHER ORDERED** that this case is administratively closed because it was opened in error. No other documents may be filed in this now-closed case.

The Clerk of Court is **DIRECTED** to administratively close this case and file the first amended complaint and proposed summons that initiated this case (ECF Nos. 1-1, 1-2) in Case No. 2:25-cv-180-CDS-MDC.

1  DATED: October 24, 2025.

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE